UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PARISH OF PLAQUEMINES,** | * | CIVIL ACTION NO. |
| | * | 2:18-CV-5238 |
| Plaintiff, | * | |
| | * | JUDGE JAY C. ZAINEY |
| **VERSUS** | * | |
| | * | MAGISTRATE JUDGE ROBY |
| **GOODRICH PETROLEUM CO., LLC, ET AL.,** | * | |
| | * | |
| | * | |
| Defendants. | | |

### Defendants' Notice of Appeal

Notice is hereby given that Defendants Chevron U.S.A. Inc., ConocoPhillips Company, and Shell Oil Company appeal to the United States Court of Appeals for the Fifth Circuit from this Court's February 15, 2023 Order and Reasons (ECF No. 79) granting Plaintiff's and Intervenor-Plaintiffs' joint motion to remand to state court.

Dated: March 16, 2023

Respectfully submitted,

/s/ Alexandra White
Alexandra White (#29478)
lwhite@susmangodfrey.com
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pamela.mascari@keanmiller.com

1

KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
**KEAN MILLER LLP**
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

*Attorneys for Chevron U.S.A. Inc*

-and-

/s/ Kelly B. Becker
R. Keith Jarrett (No. 16984)
rkjarrett@liskow.com
Mark L. McNamara (No. 25170)
mlmcnamara@liskow.com
Kelly Brechtel Becker (No. 27375)
kbbecker@liskow.com
Laura Springer Brown (No. 34772)
lespringer@liskow.com

**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for Shell Oil Company*

-and-

/s/ Michele Hale DeShazo
Deborah D. Kuchler (No. 17013)
dkuchler@kuchlerpolk.com
Michele Hale DeShazo (No. 29893)
mdeshazo@kuchlerpolk.com
Sarah E. Iiams (No. 22418)
siiams@kuchlerpolk.com
**KUCHLER POLK WEINER**
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0697

*Attorneys for ConocoPhillips Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Eric J. Mayer
Eric J. Mayer

4